UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 20-0841-SVW (KS)                                              Date: June 5, 2020

Title    *Clement Smith v. G. Delacruz et al*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 20, 2020, Plaintiff, a California state prisoner who is proceeding *pro se* and *in forma pauperis* ("IFP") filed a civil rights complaint ("Complaint"), asserting that prison officials failed to protect him from unreasonable harm in connection with injuries he sustained in a chemical accident. (Dkt. No. 1.) On April 22, 2020, the Court dismissed the Complaint for failure to state a claim upon which relief could be granted and ordered Plaintiff to file either a First Amended Complaint or a Notice of Voluntary Dismissal within 21 days, *i.e.* no later than May 13, 2020. (Dkt. No. 5.) More than three weeks have now passed since Plaintiff's First Amended Complaint was due, and Plaintiff has not filed either a First Amended Complaint or a Notice of Voluntary Dismissal, nor has he otherwise communicated with the Court about his case.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's prior orders.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before June 26, 2020**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing: (1) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's prior order;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 20-0841-SVW (KS)                              Date: June 5, 2020

Title   *Clement Smith v. G. Delacruz et al*

or (2) a First Amended Complaint correcting the deficiencies identified in the Court's April 22, 2020 Order.  Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

**Plaintiff is advised that the failure to respond to this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

The Clerk is directed to send Plaintiff a copy of the Court's April 22, 2020 Order (Dkt. No. 5) and the Central District's standard civil rights complaint form.

**IT IS SO ORDERED.**

                                                                                      :
                                                         **Initials of Preparer**   gr