JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENT SMITH, <br><br> Plaintiff, <br><br> v. <br><br> DELACRUZ, et al, <br><br> Defendants. | NO. EDCV 20-0841-SVW (KS) <br><br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 19, 2021

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE